UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 09-CV-82333-RYSKAMP/VITUNAC

JONATHAN C. LAFONTIN,

    Plaintiff,
v.

FOCUS RECEIVABLES
MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court on the parties' joint stipulation of settlement **[DE 28]** filed on October 27, 2010. In the stipulation, the parties state that they have amicably settled all matters in dispute and seek dismissal of this action with prejudice. It is hereby

**ORDERED AND ADJUDGED** that

(1) This case is **DISMISSED WITH PREJUDICE**;

(2) Except as otherwise agreed by the parties, the parties shall bear their own attorneys' fees and costs;

(3) Any pending motions are **DENIED** as **MOOT**; and

(4) The Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 1 day of November, 2010.

                                                     /s/ Kenneth L. Ryskamp
                                                     KENNETH L. RYSKAMP
                                                     UNITED STATES DISTRICT JUDGE